UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL J. QUIROZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:22-cv-01215-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>(Doc. 2) |

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. Doc. 2. Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.
2. The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

Dated: __September 28, 2022__      /s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE